

**ORDERED in the Southern District of Florida on December 26, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **PALM BEACH BRAIN & SPINE, LLC., MIDTOWN OUTPATIENT SURGERY CENTER, LLC, and MIDTOWN ANESTHESIA GROUP, LLC,** | **CASE No. 19-20831-MAM** <br><br> **(Jointly Administered)** |
| **Debtors.** | |

**ORDER GRANTING
DEBTOR'S MOTION TO APPROVE SETTLEMENT
AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019**

This matter is before the Court on the Debtor 'Motion to Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019 [Doc. 221] (the "**Motion**"), seeking entry of an order authorizing the Debtors to agree to a settlement with respect to amounts owed by a certain patient with the initials D.K., where the balance shown on the patient's accounts with the Debtors is $269,751.97 in the

aggregate (the "**Accounts**")[1], under which settlement the patient would pay $88,500.00 in cash as a combined amount to all the Debtors (the "**Settlement Amount**") in full accord and satisfaction of all liabilities for the Accounts. CareCentric Investments I, LLC ("CareCentric")assert that the Account was sold prior to the commencement of this case and that the proceeds thereof are not property of the Debtors' estates, whereas The Northern Trust Company ("Northern Trust") asserts that it holds a lien on the patient bill issued by Midtown Outpatient Surgery Center, LLC, and other parties may claim some interest in the Account.. It appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause appearing therefor,

_____

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to settle any and all controversies related to the Accounts in exchange for receipt of the Settlement Amount.

3. The Debtors are authorized to execute any necessary agreements and related

---

[1] Debtors represent that the patient bills that make up the Accounts have been issued by the Debtors or their affiliates as follows: Palm Beach Brain & Spine-$85,193.00; Neurological and Orthopedic Institute-$5,470.00; Midtown Outpatient Surgery Center-$104,918.00; Midtown Anesthesia Group- $13,988.30; Orthodics- $58,387.50; Midtown Rehab Center-$1,795.00.

-3-

documentation consistent with the relief granted herein.

4. Immediately upon receipt of the Settlement Amount or any other proceeds related to the Account, the Debtors shall place such funds into a segregated trust account and shall not use or otherwise transfer any such funds, except by separate order of the Court upon notice and hearing.

5. Nothing herein shall be construed as a finding with respect to whether or not the Accounts or the proceeds thereof are property of the estate or what creditors or other parties may have rights to or an interest in such proceeds, or the extent thereof, with all such rights and arguments being preserved.

6. The proceeds shall be held in escrow in the segregated Debtor in Possession accounts and not disbursed until further Order of this Court, with all rights, interests and liens therein, **if any**, attaching thereto. In the event the Debtors, CareCentric Investments I, LLC and The Northern Trust Company cannot come to an agreement regarding allocation of the Settlement Amountbetween the Debtors, nothing herein shall waive the right of The Northern Trust Company to challenge the proposed allocation by way of separate motion to filed with this Court. Debtors shall promptly provide to Northern Trust copies of the described patient bills, which are subject to the terms of this Court's HIPPA Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

# # #

-4-

**Submitted By:**
Dana Kaplan, Esquire
KELLEY, FULTON & KAPLAN, P.A.
1665 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
e-mail: craig@kelleylawoffice.com

**Copies furnished to:**

*Dana Kaplan, Esq., is directed to serve copies of this order on the parties listed on the attached mail list and file a Certificate of Service.*